HD

by: _____

USDC- GREENBELT
'24 JUN 4 PM 3:47

LRH/CM: USAO 2023R00146

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| v. | * CRIMINAL NO. DLB 24-CR-184 |
| | * |
| **JOYCE MARIE McBRIDE,** | * (Theft of Government Property, |
| | * 18 U.S.C. § 641; Forfeiture, |
| Defendant | * 18 U.S.C. § 981(a)(1)(C), |
| | * 21 U.S.C. § 853(p); 28 U.S.C. § 2461(c)) |

*******

## INFORMATION

### COUNT ONE
### (Theft of Government Property)

The United States Attorney for the District of Maryland charges that:

Between in or about July 1999 and March 2020, in the District of Maryland, the defendant,

**JOYCE MARIE McBRIDE,**

did willingly and knowingly embezzle, steal, purloin, and knowingly convert to her use any money and thing of value of the United States and any department and agency thereof, with an aggregate value that exceeded $1,000.00, that is, Social Security Title II benefit payments administered by the Social Security Administration to which she was not entitled.

18 U.S.C. § 641

## FORFEITURE ALLEGATION

The United States Attorney for the District of Maryland further alleges that:

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(p), in the event of the defendant's conviction under Count One of this Information.

2. Upon conviction of the offense alleged in Count One of this Information, the defendant,

**JOYCE MARIE McBRIDE**,

shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense, including, but not limited to, a money judgment in the amount of proceeds the defendant obtained as the result of the offense.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above as being subject to forfeiture, pursuant to 21 U.S.C. § 853(p).

18 U.S.C. § 981(a)(1)(C)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

Date: _____, 2024

_Erek Barron /s/_
Erek L. Barron
United States Attorney

3